IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHRISTOPHER O. CURRY,

Plaintiff,

v. No. 1:26-cv-01059-JDB-jay

STATE OF TENNESSEE, et al.,

Defendants.

# ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTIONS TO DISMISS AND DISMISSING DEFENDANTS

Before the Court are the motions to dismiss filed by Defendants, State of Tennessee and Tennessee Department of Correction ("State Defendants") (D.E. 12), and Defendant Madison County (D.E. 14). By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation. Admin. Order 2013-05. After review, Magistrate Judge Jon A. York recommended that the Court grant both motions and dismiss sua sponte the remaining Defendants in the case, Lake County and "Unknown Officials." (Docket Entry ("D.E.") 16 at PageID 76, 81.) Within the Report and Recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file objections within fourteen days. (*Id.* at PageID 81.) He added that "failure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and any further appeal." (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation and the time for doing so has expired. Consequently, the parties have forfeited any objections they may have

had to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)). Accordingly, upon review of the record, the report and recommendation (D.E. 16) is ADOPTED, and the motions to dismiss filed by the State Defendants (D.E. 12) and Madison County (D.E. 14) are GRANTED. Additionally, Defendants Lake County and "Unknown Officials" are DISMISSED.

IT IS SO ORDERED this 4th day of November 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE